pellate Division, Fourth Department. January 26, 1905.) In the matter of the application of the grade crossing commissioners of the city of Buffalo, etc., to ascertain the compensation to be paid to the owners of lands, etc., owned by Margaret Farrow and another. No opinion. Motion granted.

(100 App. Div. 515)

GRADY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by John Grady against the city of New York. T. Farley, for appellant. M. Deiches, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Bowers v. City, 83 App. Div. 642, 82 N. Y. Supp. 1094.

VAN BRUNT, P. J., and HATCH, J., dissent.

GRANGER et al. Respondents, v. CHILDS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 4, 1905.) Action by William H. Granger and others against Russell M. Childs and another. No opinion. Order affirmed, with $10 costs and disbursements.

GRAY, Appellant, v. MEYER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 25, 1905.) Action by Douglas W. Gray against Isaac Meyer and another. No opinion. Judgment and order affirmed, with costs.

STOVER, J., not sitting.

GRIFFIN, Respondent, v. BIRKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by George M. Griffin against Clarence T. Birkett. No opinion. Judgment affirmed, with costs.

GRIFFIN, Respondent, v. FRIEDMAN, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Frank Griffin against Henry C. Friedman. No opinion. Judgment of the municipal court affirmed, with costs.

GUNTHER, Respondent, v. GUNTHER, Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Helen B. Gunther against Charles V. V. Gunther. J. R. Fancher, for appellant. R. L. Moffett, for respondent. No opinion. Judgment affirmed, with costs.

GUTH, Respondent, v. HAUFF, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by George M. Guth against Frederick Hauff. G. M. Leventritt, for appellant. C. G. F. Wahle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAAN, Appellant, v. FOX, Respondent. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Rudolph M. Haan against Sarah E. Fox. S. L. Samuels, for appellant. J. A. Garver, for respondent. No opinion. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to amend, on payment of costs in this court and in the court below.

HAMILTON TRUST CO., Appellant, v. WRAY, Respondent. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by the Hamilton Trust Company, as executor, etc., of Kate Anderson, deceased, against William H. Wray. No opinion. Judgment affirmed, with costs.

HANCE, Respondent, v. PEARSALL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by Mary W. Hance, as administratrix, etc., against Martha V. Pearsall and another. No opinion. Interlocutory judgment affirmed, with costs.

HANDY, Appellant, v. HAVEMEYER, Respondent. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Frank Handy against Henry O. Havemeyer. C. Blandy, for appellant. L. S. Carrere, for respondent. No opinion. Exceptions overruled, and judgment ordered on dismissal of complaint, with costs.

HANLEY et al., Respondents, v. MARSH et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by John Hanley and another against William F. Marsh and others.

PER CURIAM. Upon stipulation signed by the attorneys for the parties hereto, the appeal herein is dismissed and the action discontinued, without costs.

HARRE et al., Respondents, v. FEINBERG, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Frederick B. Harre and Herbert E. Williams against Leo Feinberg. No opinion. Order of the Municipal Court affirmed, with costs.

HARRISON, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by James Harrison against the Interurban Street Railway Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARRISON, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Joseph A. Harrison against the Interurban Street Railway Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

HARTIGAN, Respondent, v. HARDEN BROS. TRUCKING CO., Appellant. (Supreme Court, Appellate Division, Second De-